JAMES COFFEY, Respondent, v. GEORGE J. DUBOIS, Appellant.

St. Louis Court of Appeals, March 19, 1889.

Practice, Appellate: STATEMENT AND BRIEF. Where the appellant fails to file a statement and brief, as required by the rules of this court, the appeal will be dismissed.

Kinney, Adm'x, v. City of Springfield.

*Appeal from the St. Louis City Circuit Court.*—Hon.
SHEPARD BARCLAY, Judge.

APPEAL DISMISSED.

THOMPSON, J., delivered the opinion of the court.

This cause was docketed at the last term of this
court and was continued by consent of parties to the
present term. The appellant filed a formal assignment
of errors at the last term, but has failed to file a state-
ment and brief as required by the rules of this court.
It is therefore ordered that the appeal be dismissed.
*Foster v. Trimble*, 18 Mo. App. 394; *Moise v. Colcher*,
*Id.* 693; *Shields v. Duffy*, 13 Mo. App. 574; *Aderton v.
Edwards*, 12 Mo. App. 565; *Michel v. Distilling Co.*,
10 Mo. App. 577; *Schiller v. Voelker*, 9 Mo. App. 572;
and many other cases. All the judges concur.